IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ISAAC GREEN, JR.,            )
                             )
    Petitioner,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:22cv610-MHT
                             )            (WO)
DERRICK CUNNINGHAM,          )
Warden,                      )
                             )
    Respondent.              )
```

**JUDGMENT**

In accordance with the opinion entered today, it is ORDERED that this case is dismissed as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of October, 2025.

       /s/ Myron H. Thompson
       **UNITED STATES DISTRICT JUDGE**